# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Claudio Yasser Garcia-Duarte**<br>DOB: 1992; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-09452MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about August 21, 2025, at or near Nogales, in the District of Arizona, **Claudio Yasser Garcia-Duarte** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 21, 2025, at approximately 1:00 p.m., Claudio Yasser GARCIA-Duarte entered the United States (U.S.) from the Republic of Mexico at the Mariposa Port of Entry in Nogales, Arizona. GARCIA-Duarte was the driver and sole occupant of a Ford F150 bearing a Sonora, Mexico, license plate. The Ford-F150 was hauling an open car carrier. The primary Customs and Border Protection (CBP) officer received a negative, binding customs declaration from GARCIA-Duarte, to include narcotics. As the officer escorted the vehicle and car carrier to be x-rayed, GARCIA-Duarte repeatedly asked the officer if something was wrong. The first time GARCIA-Duarte drove through the x-ray machine, he drove too fast. An officer had to escort GARCIA-Duarte through the machine a second time in order to obtain a proper x-ray. The officer observed anomalies in the x-ray scans at the back wall area of the vehicle. A CBP canine, trained to detect the odor of narcotics, alerted to a trained odor coming from the rear seat area of the vehicle, between the back seat and back window of the cab. A secondary officer received a second negative, binding customs declaration from GARCIA-Duarte. Officers searched the vehicle and found 17 packages of suspected narcotics concealed inside a non-factory compartment in the back wall of the cab. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of fentanyl powder. The packages of fentanyl powder weighed 17.70 kilograms.

After waiving his *Miranda* rights, GARCIA-Duarte denied knowledge of the narcotics concealed in the vehicle. GARCIA-Duarte stated he is paid to drive to Tucson or Phoenix to pick up vehicles at auctions. Law enforcement officers conducted records checks and found that GARCIA-Duarte crossed into the U.S. in the same vehicle on July 2, 2025, and July 21, 2025. Officers also found that the same vehicle traveled to New Mexico and Illinois between GARCIA-Duarte's inbound travel to the U.S. on July 21, 2025, and his outbound travel to Mexico on July 31, 2025. GARCIA-Duarte denied travel to these locations. GARCIA-Duarte gave interviewing agents consent to look at his cell phone. Agents reviewed a few WhatsApp messages from his cellphone and found pictures of a white powdery substance. The substance appeared to be in the same shape of the packages that were concealed in the vehicle driven by GARCIA-Duarte.
**CONTINUED ON NEXT PAGE**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>**CLAUDIA I REYES** Digitally signed by CLAUDIA I REYES<br>Date: 2025.08.22 11:39:40 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Task Force Officer Claudia Reyes<br>Homeland Security Investigations |
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 22, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Berman

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:    25-09452MJ

